UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TOM J. BAKER and
TERRY BAKER

VS.                                         CAUSE NO. 04-1140

MERRELL PAUL NEWMAN
and FRENCH TRUCKING, INC

### ORDER

Plaintiffs, Tom J. Baker and Terry Baker, by counsel, having filed their Motion for Continuance and the Court having heard said motion, hereby resets this matter for jury trial from July 18, 2005 to the 7th day of NOVEMBER, 2005 at 9:30 a.m.

So Ordered this 24th day of June, 2005.

S/ Thomas Anderson
UNITED STATES DISTRICT JUDGE

**DISTRIBUTION:**

John W. Mead
108 E. Market Street
Salem, IN 47167

C. Mark Donahoe
P.O. Box 98
Jackson, TN 38302

Carl Wyatt
26 N. Second Street
Memphis, TN 38103

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/27/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:04-CV-01140 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

John W. Mead
MEAD MEAD CLARK & SCIFRES
108 East Market St.
Salem, IN 47167--046

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT