IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TOM J. BAKER and ) 
TERRY BAKER, )
 )
      Plaintiffs, )
 )
vs. )      NO.: 04-1140-An
 )
MERRELL PAUL NEWMAN )
and FRENCH TRUCKING, INC., )
 )
      Defendants. )

---

## ORDER SETTING TRIAL

---

The Court hereby sets this matter for trial by jury on **MONDAY, NOVEMBER 7, 2005**

**at 9:30 a.m.** and is expected to last 2-3 days. A joint pretrial order shall be submitted no later

than 4:30 p.m.on or before **OCTOBER 24, 2005.** The proposed joint pretrial order should

include any stipulated facts, contested issues of fact and/or law, list of witnesses and exhibits and

should be signed by the attorneys for all the parties.

The parties shall submit proposed jury instructions to the Court by **OCTOBER 24, 2005.**

Failure to present the proposed jury instructions may be deemed a waiver with regard to

presentation at a later date.

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___9/29/05___



**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 26, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01140 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John W. Mead
MEAD MEAD CLARK & SCIFRES
108 East Market St.
Salem, IN 47167--046

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Honorable S. Anderson
US DISTRICT COURT