IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TOM J. BAKER and <br> TERRY BAKER, <br><br> Plaintiffs, <br><br> vs. <br><br> MERRELL PAUL NEWMAN and <br> FRENCH TRUCKING, INC., <br><br> Defendants. | NO.: 04-1140-An |

### ORDER GRANTING VERIFIED MOTION FOR CONTINUANCE AND RE-SETTING TRIAL

Before the Court is the Plaintiffs' Verified Motion for Continuance of trial filed on September 26, 2005. For good cause show, the Verified Motion for Continuance of the trial is **GRANTED** and the trial set for November 7, 2005 is continued.

The Court hereby sets this matter for trial by jury on **MONDAY, APRIL 3, 2006 at 9:30 a.m.** and is expected to last 2 days. A joint pretrial order shall be submitted no later than 4:30 p.m.on or before **MONDAY, MARCH 27, 2006.** The proposed joint pretrial order should include any stipulated facts, contested issues of fact and/or law, list of witnesses and exhibits and should be signed by the attorneys for all the parties.

The parties shall submit proposed jury instructions to the Court by **MONDAY, MARCH 27, 2006.** Failure to present the proposed jury instructions may be deemed a waiver with regard

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/12/05



to presentation at a later date.

**IT IS SO ORDERED.**

*/s/ S. Thomas Anderson*

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 07, 2005

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01140 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John W. Mead
MEAD MEAD CLARK & SCIFRES
108 East Market St.
Salem, IN 47167--046

Honorable S. Anderson
US DISTRICT COURT